THE PROVIDENCE. (Circuit Court of Appeals, First Circuit. April 18, 1900.) No. 179. Eugene P. Carver (Edward E. Blodgett, on the brief), for the motion. Edward S. Dodge and Charles F. Choate, Jr., opposed. Before COLT and PUTNAM, Circuit Judges, and WEBB, District Judge.

PER CURIAM. Motion filed by the appellants to substitute sureties on the bond given in the district court. Dismissed, without prejudice, and with leave to the appellants to present the same to the district court, and that mandate issue forthwith. See 38 C. C. A. 670, 98 Fed. 133.

THE PROVIDENCE. (Circuit Court of Appeals, First Circuit. April 24, 1900.) No. 272. Rehearing granted, and former opinion (38 C. C. A. 670, 98 Fed. 133) affirmed.

RAYMOND v. KEITH. (Circuit Court of Appeals, First Circuit. March 23, 1900.) No. 314. Appeal from the District Court of the United States for the District of Massachusetts. In Bankruptcy. James D. Hill, for appellant. Frank L. Washburn, for appellee. Before COLT, Circuit Judge. Dismissed, without costs, on motion of appellant.

ROXANA GOLD-MINING & TUNNELING CO. v. CONE et al. (Circuit Court of Appeals, Eighth Circuit. December 18, 1899.) No. 1,266. Appeal from the Circuit Court of the United States for the District of Colorado. Tyson S. Dines, for appellant. Charles S. Thomas and H. H. Lee, for appellees. Dismissed, with costs, on motion of appellant.

RYAN v. RALEIGH & G. R. CO. et al. (Circuit Court of Appeals, Fourth Circuit. April 23, 1900.) No. 357. Appeal from the Circuit Court of the United States for the Eastern District of North Carolina. R. O. Burton and Wm. H. Page, for appellant. Cowen, Cross & Bond and Legh R. Watts, for appellees. Appeal dismissed, under rule 20 (31 C. C. A. clxii., 90 Fed. clxii.), by agreement of counsel.

ST. LOUIS, O. G. & FT. S. RY. CO. et al. v. LIPPITT et al. (Circuit Court of Appeals, Eighth Circuit. December 5, 1899.) No. 1,195. In Error to the Circuit Court of the United States for the Eastern District of Missouri. M. R. Smith, for plaintiffs in error. Henry Wollman, Benjamin F. Wollman, and Newman Erb, for defendants in error. Dismissed, with costs, for want of prosecution.

SCOTT v. SIMS et al. (Circuit Court of Appeals, Eighth Circuit. December 21, 1899.) No. 1,279. In Error to the Circuit Court of the United States for the Eastern District of Arkansas. John A. Blevings, Montague Lyon, S. L. Swarts, W. C. Ratcliffe, and John Fletcher, for plaintiff in error. U. M. Rose, W. E. Hemmingway, and G. B. Rose, for defendant in error. No opinion. Reversed, with costs, upon confession of error, and remanded for further proceedings.